**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00273-CV**
_____


**IN RE OXBOW CALCINING LLC**


**Original Proceeding**
**172nd District Court of Jefferson County, Texas**
**Trial Cause No. E-201894**


**ORDER**

Oxbow Calcining LLC filed a petition for writ of mandamus. The relator is a defendant in Cause No. E-201894, *Port Arthur Steam Energy, L.P. v. Oxbow Calcining LLC*. Relator seeks a writ compelling the Honorable Donald J. Floyd, Judge of the 172nd District Court of Jefferson County, Texas, to vacate his order denying relator's motion to quash a hearing on an application for post-judgment enforcement orders and grant the motion to quash the hearing, which is currently

1

scheduled to begin on July 23, 2018. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017).

Relator requests that the hearing in the trial court be stayed as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the hearing on the application for post-judgment enforcement orders in Cause No. E-201894 is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real party in interest, Port Arthur Steam Energy, L.P., is due **July 30, 2018**.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED July 20, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.